# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

**No. 22-7010**

**September Term, 2024**

FILED ON: APRIL 23, 2025

ROSALIE SIMON, ET AL.,
                    APPELLEES

v.

REPUBLIC OF HUNGARY AND MAGYAR ALLAMVASUTAK ZRT., (MAV ZRT.),
                    APPELLANTS

Consolidated with 22-7013, 22-7112

On Remand from the Supreme Court of the United States

Before: PILLARD and CHILDS, *Circuit Judges*, and RANDOLPH, *Senior Circuit Judge*

## **J U D G M E N T**

This cause came to be heard on remand from the Supreme Court, which vacated this court's judgment filed August 8, 2023, and remanded the case for further proceedings consistent with the Court's decision in *Republic of Hungary v. Simon*, 145 S. Ct. 480 (2025). Upon consideration of the foregoing, it is

**ORDERED** and **ADJUDGED** that this case be remanded to the District Court for further proceedings consistent with *Republic of Hungary v. Simon*, 143 S. Ct. 480 (2025).

The Clerk is directed to issue the mandate forthwith to the District Court.

**Per Curiam**

                              **FOR THE COURT:**
                              Clifton B. Cislak, Clerk

                    BY:    /s/

                              Daniel J. Reidy
                              Deputy Clerk

Date: April 23, 2025